JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Barbara Tilghman

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Cary L. Flitter, Esq., Andrew Milz, Esq., Jody López-Jacobs, Esq.
Flitter Milz, P.C., 450 N. Narberth Avenue, Narberth, PA 19072, (610) 266-7863

## DEFENDANTS
Cascade Receivables Managment, LLC

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692
Brief description of cause:
Violation of Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 7/16/2018
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1405 South 23rd Street, Philadelphia, PA 19146

Address of Defendant: 1670 Corporate Circle, Suite 202, Petaluma, CA 94954

Place of Accident, Incident or Transaction: Philadelphia, PA 19146
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

RELATED CASE, IF ANY:
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Fair Debt Collection Practices Act

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                        Attorney-at-Law             Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 7/16/2018   _____   320522
                   Attorney-at-Law          Attorney I.D.#

CIV. 609 (5/2012)

APPENDIX I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | | |
|---|---|---|---|
| Barbara Tilghman | : | CIVIL ACTION | |
| v. | : | | |
| Cascade Receivables Management, LLC. | : | NO. | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.   (   )

(b)   Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits   (   )

(c)   Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( X )

(d)   Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   (   )

(e)   Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases)   (   )

(f)   Standard Management – Cases that do not fall into any one of the other tracks.   (   )

| | | |
|---|---|---|
| 7/16/2018 | | Jody Thomas López-Jacobs |
| **Date** | **Attorney at Law** | **Attorney for Plaintiff** |
| 610-822-0782 | 610-667-0552 | jlopez-jacobs@consumerslaw.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ.660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA TILGHMAN<br>1405 S. 23rd Street<br>Philadelphia, PA 19146,<br>                          Plaintiff,<br>       vs.<br><br>CASCADE RECEIVABLES<br>MANAGEMENT, LLC<br>1670 Corporate Circle, Suite 202<br>Petaluma, CA 94954<br>                          Defendant. | CIVIL ACTION NO. |

# COMPLAINT

## I. INTRODUCTION

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA").

2. Defendant is subject to strict liability for attempting to collect a time-barred consumer debt by using collection correspondence that suggested that the Defendant could enforce the alleged debt through legal means, when in fact it could not.

## II. JURISDICTION

3. Subject matter jurisdiction of this Court arises under 15 U.S.C § 1692k and 28 U.S.C. §1331.

## III. PARTIES

4. Plaintiff, Barbara Tilghman ("Tilghman" or "Plaintiff"), is a consumer who resides in Philadelphia, Pennsylvania at the address captioned.

5. Defendant, Cascade Receivables Management, LLC ("Cascade" or "Defendant") is a foreign limited liability company with an office for the regular transaction of business as captioned.

6. Cascade regularly engages in the collection of consumer debts by use of the mail and telephone.

7. Cascade regularly attempts to collect consumer debts alleged to be due another.

8. Cascade is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

## IV. STATEMENT OF CLAIM

9. On August 10, 2017, Cascade sent Plaintiff an initial written communication in connection with a debt alleged due to First USA. (Exhibit "A", redacted in part per Fed.R.Civ. P. 5.2).

10. The letter states, in pertinent part, "Individuals like yourself are in debt and are finding it difficult to overcome so we're offering a fresh start for you with an opportunity *to settle* you outstanding debt for less than you think." (Exhibit A, emphasis added).

11. The letter then purports to provide Plaintiff a "Settlement Offer" of $1,264.11. (Exhibit A).

12. The letter continues, "If you are unable to take advantage of this *settlement offer* but are willing to make arrangements on your debt, then call us at 844-883-2027 so we can negotiate a mutually satisfactory payment agreement. This offer will remain open for a minimum of 45 days. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer." (Exhibit A, emphasis added).

13. By making references to a "settlement offer," Defendant's letter suggests that it has a legally enforceable obligation against Plaintiff.

14. On information and belief, any debt allegedly owed by Plaintiff on a "First USA" account is barred by the statute of limitations.

2

15.  Plaintiff does not recall making any promises to pay this debt—or making any payments on the alleged debt—since 2008.

16.  Any such the alleged debt is unenforceable against Plaintiff under the statute of limitations.

### COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

17.  Plaintiff repeats the allegations contained above as if the same were here set forth at length.

18.  A debt collector cannot deceive or mislead the least sophisticated consumer in connection with the collection of any debt. 15 U.S.C. § 1692e.

19.  Cascade's August 10, 2017 collection letter deceptively and misleadingly suggested to the least sophisticated consumer that Defendant could legally enforce the alleged debt which, in fact, any claim to enforce the alleged debt would be barred by the statute of limitations.

20.  The deceptive and misleading language identified above violates 15 U.S.C. §§ 1692e, 1692e(2)(A).

**WHEREFORE**, Plaintiff, Barbara Tilghman, demands judgment against Defendant Cascade for:

    (a)  Damages;

    (b)  Attorney's fees and costs;

    (c)  Such other and further relief as the Court shall deem just and proper.

V.  **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date: 7/16/2018

CARY L. FLITTER
ANDREW M. MILZ
JODY THOMAS LÓPEZ-JACOBS
Attorneys for Plaintiff

**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782

# EXHIBIT "A"

DEPT 540     6649072517089
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

BARBARA R TILGHMAN
1405 S 23RD ST
PHILADELPHIA PA 19146-4213

Cascade Receivables Management
LLC
PO Box 4072
Greensboro, NC 27404
844-883-2027

Monday - Friday 8AM-5PM, Eastern Time

August 10, 2017

### Save Money By Settling Your Account Today

**Debt Description:** FIRST USA
**Account #:** ▮▮▮▮8444
**Current Creditor:** Cascade Receivables Management LLC

**Amount of the Debt: $5,056.42**

Dear: BARBARA R TILGHMAN

Cascade Receivables Management LLC understands how difficult it is for the average consumer. Individuals like yourself are in debt and are finding it difficult to overcome so we're offering a fresh start for you with an opportunity to settle your outstanding debt for less than you owe:

### Settlement Offer
### $1,264.11

If you are unable to take advantage of this settlement offer but are willing to make arrangements on your debt, then call us at 844-883-2027 so we can negotiate a mutually satisfactory payment agreement. This offer will remain open for a minimum of 45 days. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,
Cascade Receivables Management LLC

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained shall be used for that purpose.

ABG3405-0809-904245402-00022-22

Please Detach And Return In The Enclosed Envelope With Your Payment

August 10, 2017
Balance: $5,056.42
Settlement Offer: $1,264.11
Amount Enclosed: _____

BARBARA R TILGHMAN
1405 S 23RD ST
PHILADELPHIA, PA
19146-4213

▮▮▮▮8444

Cascade Receivables Management LLC
PO Box 4072
Greensboro, NC
27404